KEB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Narges Dehghani, | No.   CV-26-01066-PHX-KML (JFM) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| Fred Figueroa, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.)  She seeks release from custody.

Petitioner alleges the following.  Petitioner, a native of Iran, entered the United States on March 11, 2025 seeking asylum.  Since March 17, 2025, petitioner has been detained in Immigration and Customs Enforcement (ICE) custody at Eloy Detention Center.  Due an acute suicidal crisis, Petitioner was placed on suicide watch for two days starting on March 19, 2025.  Petitioner's ICE medical records reflect that as of March 19, 2025, Petitioner's serious mental illness and Franco-Gonzalez eligibility were reported to the Department of Homeland Security (DHS).  However, on October 21, 2025, after Petitioner's first removal proceedings had concluded, DHS moved to reopen Petitioner's removal proceedings, and to request competency-related proceedings, on the grounds that due to "inadvertent human error," DHS "did not realize" Petitioner met the Franco-Gonzalez criteria in March 2025.  (Doc. 1 at 5.)

Petitioner asserts that her immigration detention, "extended by DHS's delayed

1  recognition of protections and mandatory steps that should have been addressed when
2  [Petitioner's medical] record first reflected serious mental illness," violates due process.
3  Petitioner also asserts that she was deprived of a meaningful custody determination. She
4  seeks release from custody.

5  Respondents must show cause why the Petition should not be granted. Any
6  response must be supported by documentary evidence including, if applicable, affidavits
7  by individuals with personal knowledge of the factual statements made therein and signed
8  under penalty of perjury.

9  **IT IS ORDERED:**

10  (1) The Clerk of Court must **substitute** Eric Rokowsky, Warden of Eloy
11  Detention Center, as Respondent for Fred Figueroa.

12  (2) Counsel for Petitioner must immediately serve the Petition (Doc. 1) on
13  Respondents.

14  (3) If not already issued, the Clerk of Court must issue any properly completed
15  summonses.

16  (4) The Clerk of Court must immediately transmit by email a copy of this Order
17  and the Petition to the United States Attorney for the District of Arizona, to the attention
18  of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at
19  melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at
20  Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and
21  Mary Finlon at Mary.Finlon@usdoj.gov.

22  /
23  /
24  /
25  /
26  /
27  /
28  /

(5)  Respondents must show cause no later than **February 25, 2026**, why the Petition should not be granted.

(6)  Petitioner may file a reply no later than **February 27, 2026**.

Dated this 18th day of February, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**