**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Narges Dehghani,

Petitioner,

v.

Fred Figueroa, et al.,

Respondents.

No. CV-26-01066-PHX-KML (JFM)

**ORDER**

Petitioner, a native and citizen of Iran, filed a § 2241 petition on February 17, 2026, while detained at the Eloy Detention Center. Respondents answered the petition on February 25, 2026, asserting Petitioner was not entitled to relief. (Doc. 4). As of the date of this order, the Department of Homeland Security's Immigration and Customs Enforcement Online Detainee Locator System returns "zero (0) matching records" for an individual with Petitioner's A number and a birth country of Iran.

/
/
/
/
/
/
/
/

Accordingly,

**IT IS ORDERED** no later than **September 8, 2026**, respondents shall file a notice stating if Petitioner is detained by the Department of Homeland Security within the United States, or Petitioner has been removed from the United States or released from detention and the petition is therefore moot.

Dated this 2nd day of September, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**